|  | Motion Date: April 7, 2011 |
|---|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
-----------------------------------------------------------------x

In re:

    LUKE THOMPSON
    aka d/b/a B 1 Management,

                  Debtor.

-----------------------------------------------------------------x

Motion Date: April 7, 2011
Time: 10:00 a.m.
Hon. Shelley C. Chapman

Chapter - 13
Case No. 11-11498 (SCC)

**SUPPLEMENTAL AFFIDAVIT IN FURTHER SUPPORT OF LANDLORD'S MOTION REGARDING STAY**

STATE OF NEW YORK    }
                                } ss.:
COUNTY OF NEW YORK  }

    JOSEPH I. FARCA, being duly sworn, deposes and says:

    1.    I am an attorney duly admitted to practice before the courts of the state of New York, and am a member of the firm of Borah, Goldstein, Altschuler, Nahins & Goidel, P.C., attorneys for 1010 Sixth Associates LLC, the owner and landlord ("Landlord") of real property known as and by 66 West 38th Street, New York, New York 10018, Apartment 44C (the "Apartment").

    2.    Supplementing the Landlord's April 1, 2011 motion for stay relief, this office received today the Decision and Order of the Civil Court, New York County, dated April 5, 2011 (annexed hereto as **Exhibit "A"**), denying the Debtor's motion seeking to void that court's judgment because it was entered at a time that the case was "removed" to Federal Court.

    3.    There was, of course, no statutory basis to invoke federal jurisdiction as found by Judge Preska (*see* Exhibit "L" to movant's principal moving papers).

    WHEREFORE, the Landlord's application should be granted; together with such other, further and different relief as is just and proper.

                                                      JOSEPH I. FARCA

Sworn to before me this
6th day of April 2011

_____
Notary Public

MICHAEL E. CAMPOREALE
Notary Public, State of New York
No. 01CA5144074
Qualified in Queens County
Commission Expires April 24, 2014

# Exhibit A

**Exhibit A**

```
*************************************************************************
*************************************************************************
```

CIVIL COURT OF THE CITY OF NEW YORK  INDEX NO. 098989/2009
COUNTY OF NEW YORK                   MOTION SEQUENCE NO.: 016
HOUSING PART H, RM.1164B
APRIL 04, 2011

---

1010 SIXTH ASSOCIATE LLC                 DECISION/ORDER
                    PETITIONER(S),
        AGAINST                          PRESENT:
THOMPSON     LUKE
                    RESPONDENT(S)        JOHN STANLEY
                                         JUDGE

---

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

| PAPERS | NUMBERED |
|---|---|
| NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... | |
| ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... | |
| ANSWERING AFFIDAVITS............................ | |
| REPLYING AFFIDAVITS............................. | |
| EXHIBITS........................................ | |
| STIPULATIONS.................................... | |
| OTHER_____ | |

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS AS FOLLOWS:

Respondent's motion seeking to strike "as void, by virtue of case removal" all pleadings made between effectuation of "notice of removal," is denied in its entirety. On Feb 3 2011 the Federal Court denied the Notice of Removal & remanded the proceeding to this court stating among other things that the federal court lacked subject matter jurisdiction and as such any purported stay raised by respondent is rendered null & void. It should be noted that the federal court granted respondent "in forma pauperis" status & denied respondent the right to appeal its decision because "it would not be taken in good faith." All stays vacated

4/5/11

**SO ORDERED**
JOHN H. STANLEY
JUDGE, HOUSING PART

GENERATED: 03/24/2011 @ 15:34:20    CIV-LT-85 (7/99) (REPLACES 43-20...)